MARY'S OPINION HEADING 









                NO. 12-05-00369-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

THURMAN W. ARMON,    §          APPEAL FROM THE
307TH

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

SARAH K. ARMON,

APPELLEE  §          GREGG COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant filed a pro se notice of appeal on
November 14, 2005.  Thereafter, the
reporter’s record was filed on December 7, 2005.  After extensions of time, Appellant’s brief
was due on or before March 8, 2006. 
However, Appellant did not file a brief on March 8.

            On March 15, 2006, Appellant filed a motion informing
this Court that, due to his health, he will be unable to file a brief in this
appeal.  Consequently, he requested that
this Court either review the record de novo and decide his appeal or, if
necessary, dismiss the appeal.  Where an
appellant fails to submit a brief, we have no authority to decide the appeal by
conducting a de novo review of the record. 
Therefore, we construe Appellant’s motion as a motion to dismiss. 

            Appellant’s motion to dismiss is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(1).

Opinion
delivered March 22, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

(PUBLISH)